

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-20-00135-CV

**IN THE INTEREST OF J.O.H.**, R.F.B., H.R., J.J.R., and M.L.D.L., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00260
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is indigent; no costs of court are taxed in this appeal.

It is so **ORDERED** on April 29, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2020.

_____
Michael A. Cruz, Clerk of Court